FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYNEE DAKOTA MOORE,<br><br>    Defendant. | No. 2:18-cr-00009-SAB<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** |

Before the Court is the Government's Motion for Protective Order, ECF No. 68, and related Motion to Expedite, ECF No. 69. On June 19, 2018, the Court granted Defendant's motion for discovery and ordered the Government to produce Colville Tribal Police Officer Lauseng's termination letter and an unredacted report of his department-issued cellphone. ECF No. 64. With regard to such materials, the Court entered a protective order. *Id.* The Government has subsequently identified related materials it wishes to produce in discovery relating to confidential informants and personnel matters. ECF No. 68. It requests a similar protective order to prohibit dissemination of these discovery materials to third parties. Defendant has no objection. Due to the nature of the documents, the Court grants the Government's motion and enters a protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion for Protective Order, ECF No. 68, is **GRANTED**.

**ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** + 1

2. The Government's Motion to Expedite, ECF No. 69, is **GRANTED**.

3. The defense team shall not make, nor permit to be made, any copies of Confidential Discovery Bates Nos. 00001004-0001217; four audio recordings of CI 71102; one audio recording of CI 71119; three audio recordings of Sargent Lauseng; and one audio recording of A.S. without further Order of the Court. These discovery materials shall not be attached to any pleading filed with the Court unless under seal and shall be returned to the Government at the conclusion of this case.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and furnish copies to counsel.

**DATED** this 10th day of July 2018.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** + 2