✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 02, 2018**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Moore, Raynee Dakota | Docket No. | 0980 2:18CR00009-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raynee Dakota Moore, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 15th day of May 2018, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper in any fashion, with the efficiency and accuracy of prohibited substance testing.

**Special Condition #31:** Defendant shall notify his supervising U.S. Probation Officer before terminating any treatment at the Oxford House. Defendant shall notify his supervising U.S. Probation Officer prior to changing his address and shall not move to a new address without the express prior permission of his U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to report as instructed on June 27, 2018.

**Violation #2:** The defendant failed to report for random urinalysis testing on June 26, 2018.

**Violation #3:** The defendant failed to report a current address with the undersigned officer.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 2, 2018

by  s/Erik Carlson

Erik B. Carlson
U.S. Pretrial Services Officer

**Re: Moore, Raynee Dakota**
**July 2, 2018**
**Page 2**

THE COURT ORDERS

[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

_____July 2, 2018_____
Date