UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Moore, Raynee Dakota | Docket No. | 2:18CR00009-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raynee Dakota Moore, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 15th day of May 2018, under the following conditions:

**Special Condition #32:** The defendant shall complete any follow-up treatment recommended following his completion of the Sun Ray Court inpatient program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** On May 16, 2018, U.S. probation officer Josh Schull reviewed the conditions of pretrial release supervision with Mr. Moore. The undersigned officer again reviewed the conditions of pretrial release supervision with Mr. Moore on May 21, 2018. On both occasions Mr. Moore acknowledged he understood the requirements of supervision.

The defendant failed to comply with outpatient substance abuse treatment.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 3, 2018

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

8/3/2018

Date