# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Moore, Raynee Dakota | Docket No. | 0980 2:18CR00009-SAB-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Corey M. McCain, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raynee Dakota Moore, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 15th day of May, 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #5:** Defendant shall not possess a firearm, destructive device or other dangerous weapon.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** On May 16, 2018, U.S. Probation reviewed the conditions of pretrial release supervision with Mr. Moore. On May 21, 2018, U.S. Probation again reviewed the conditions of pretrial release with Mr. Moore. On both occasions Mr. Moore acknowledged he understood the requirements of supervision.

According to Spokane Police Department (SPD) report number 2018-20147069, on July 28, 2018, an officer made contact with an individual who was putting gas into a vehicle that appeared to have an altered temporary license plate. During that contact, the individual got into the car and drove away. The officer pursued the vehicle, in which the driver was operating the vehicle aggressively.

The driver and a passenger, later identified as Mr. Moore, then got out of the vehicle and fled on foot. While running, the driver dropped a loaded .22 caliber pistol on the ground and barricaded himself in a residence. He later surrendered.

Mr. Moore was also taken into custody without incident.

While interviewed by the officer, Mr. Moore allegedly reported he "ditched" a knife while running. He was arrested on a warrant issued in the instant federal offense.

While his person was being searched at the Spokane County Jail, detention staff located a plastic baggie containing a white crystalline substance and a piece of plastic with a brown tar substance in his underwear. The white crystalline substance field tested positive for methamphetamine. The brown tar substance tested negative for the presence of heroin or methamphetamine. According to the police report, probable cause does exist for possession of a controlled substance,

however, it does not appear Mr. Moore has been formally charged with any additional crimes as a result of the above-noted arrest behavior.

**Violation #6:** .On May 16, 2018, U.S. Probation reviewed the conditions of pretrial release supervision with Mr. Moore. On May 21, 2018, U.S. Probation again reviewed the conditions of pretrial release with Mr. Moore. On both occasions Mr. Moore acknowledged he understood the requirements of supervision.

As noted above in violation 5, Mr. Moore was arrested on a warrant issued in the instant federal matter. After being taken into custody, he admitted to the arresting officers that he was in possession of a red knife, similar to a box cutter. Mr. Moore stated he dropped the knife so he could run better.

**Violation #7:** On May 16, 2018, U.S. Probation reviewed the conditions of pretrial release supervision with Mr. Moore. On May 21, 2018, U.S. Probation again reviewed the conditions of pretrial release with Mr. Moore. On both occasions Mr. Moore acknowledged he understood the requirements of supervision.

As noted above in violation 5, Mr. Moore was arrested on a warrant issued in the instant federal matter and booked into the Spokane County Jail. While a search of his person was being initiated, detention staff located a plastic baggie containing a white crystalline substance and a piece of plastic with a brown tar substance in his underwear. The white crystalline substance field-tested positive for methamphetamine. The brown tar substance tested negative for the presence of heroin or methamphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 08/08/2018

by s/Corey M. McCain

Corey M. McCain
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 8, 2018
Date